# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWEST AIRLINES CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:21-cv-01722-E |
| SKIPLAGGED, INC. and | § | |
| SKYBOOKER.COM LTD. d/b/a | § | |
| DESTINA HOLIDAYS, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The Court has before it an agreed motion to dismiss filed by Southwest Airlines Co., Skiplagged, Inc., and Skybooker Ltd. d/b/a Destina Holidays (together, the "Parties") requesting dismissal as specified in this order. The motion is GRANTED.

IT IS HEREBY ORDERED that all claims that were or could have been asserted in this action are hereby dismissed with prejudice;

IT IS FURTHER ORDERED that the Court shall retain ancillary jurisdiction for the purpose of enforcing the Parties' settlement agreements related to this action; and

IT IS FURTHER ORDERED that each party will bear its own costs and fees incurred in this action.

All relief not expressly granted is denied. This is a final judgment.

**SO ORDRERED:** June 12, 2023

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE